# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | MN 13 | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6531381 | GESE, JOSHUA J. | G8795 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 06/06/2017 10:36 am | MSR 152.027 sub 3m | |

Place of Offense:
BLDG 907, MINNEAPOLIS-ST. PAUL ARS, MN 55450

Offense Description: Factual Basis for Charge    HAZMAT ☐

POSSESSION OF A CONTROLLED SUBSTANCE IN A MOTOR VEHICLE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PREHATNEY | BLAKE | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| YBK 3925 | MN | 2014 | FORD F350 | | WHITE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature
(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **06 JULY**, 20**17** while exercising my duties as a law enforcement officer in the **MN 13** District of **MINNESOTA**

ON 06 JULY 2017, AT 1036 HRS A WHITE FORD F350 (MN PLATE YBK3925) REGISTERED TO CUTTER'S CHOKE AND OPERATED BY PREHATNEY, BLAKE A. (DOB 11/28/1994) APPROACHED THE MINNEAPOLIS-ST. PAUL AIR RESERVE STATION COMMERCIAL VEHICLE INSPECTION GATE FOR ACCESS TO THE INSTALLATION. UPON INSPECTING THE CAB OF THE VEHICLE I DISCOVERED A GREEN LEAFY SUBSTANCE I BELIEVED TO BE MARIJUANA IN A CLEAR CONTAINER WITH A BLUE LID LOCATED IN THE SUNGLASSES HOLDER ATTACHED TO THE ROOF INTERIOR. UPON DISCOVERY OF THE CONTAINER PREHATNEY INFORMED ME THAT HE ALSO A STATE OF MINNESOTA PERMIT TO CARRY A PISTOL AND HAD A SMITH & WESSON M&P SHIELD 9mm IN HIS BACKPACK LOCATED ON THE BACKSEAT. THE GREEN LEAFY SUBSTANCE WAS TESTED USING A BOLTON/DICKINSON NARCOTIC IDENTIFICATION KIT TEXT "E" AND TESTED POSITIVE FOR THC. PREHATNEY SPONTANEOUSLY STATED "YEAH, THE POT IS MINE" PRIOR TO RIGHTS ADVISEMENT. PREHATNEY WAS DENIED ACCESS AND RELEASED.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/06/2017**    _[signature]_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUL 31, 2017 14:22